AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OMEGA DEMETRIUS DUPONT,

Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER:   2:24-cv-041

WARDEN G. SWANEY,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's October 23, 2024 Order, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion.  Therefore, Respondent's motion to dismiss is granted, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 23, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*